**Order entered August 5, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01114-CV

### SCOTT FRENKEL, Appellant

### V.

### STEPHEN COURTNEY, M.D., STEPHEN COURTNEY, M.D., P.A., CAMERON CARMODY, M.D., AND CAMERON CARMODY, M.D., P.A., Appellees

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-03470-2016

### ORDER

Before the Court is the August 3, 2022 unopposed motion of appellees, Stephen Courtney, M.D. and Stephen Courtney, M.D., P.A., for an extension of time to file their brief. We **GRANT** the motion and extend the time to **September 19, 2022**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE